UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Dejan Bligen, | ) | Case No. 2:24-00870-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| Navient, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff, proceeding pro se and in forma pauperis, brings claims against Defendant Navient. On April 23, 2024, the Court issued an order notifying Plaintiff that his case was not in proper form, as he did not provide a completed and signed complaint form, a completed summons form listing Defendant Navient, a complete and signed Form USM-285 for Defendant Navient, or a completed and signed pro se party's answers to Local Civil Rule 26.01 (D.S.C.). (Dkt. No. 5). In light of Plaintiff's pro se status, however, the Court afforded him twenty-one days, plus three days for mail time, to submit the outstanding information. The order emphasized that if Plaintiff did not comply with these instructions, his case would be dismissed for failure to prosecute and failure to comply with an order of this Court under Rule 41 of the Federal Rules of Civil Procedure. (*Id.* at 3.) Despite this warning, Plaintiff did not comply with the Court's instructions or otherwise respond to the order within the time permitted.

The Magistrate Judge issued a Report and Recommendation ("R & R") on June 12, 2024, recommending this Court dismiss the action without prejudice for failure to prosecute and failure to comply with a court order under Federal Rule of Civil Procedure Rule 41. (Dkt. No. 8). In the R & R, the Magistrate Judge instructed the Clerk to vacate the R & R if Plaintiff supplied the Court with the required documents within the time to response, which is fourteen days. (*Id.*) The time to

response has elapsed, and Plaintiff has not filed any objections to the R & R nor has Plaintiff supplied the Court with the required documents to proceed.

Accordingly, the Court **ADOPTS** the R & R as the Order of the Court and hereby **DISMISSES** the instant action, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED.**

s/ Richard M. Gergel
Richard M. Gergel
United States District Judge

June 28, 2024
Charleston, South Carolina

2